# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DEBRA BUTLER PATTERSON,        )
                               )
            Plaintiff,         )
                               )
     v.                        )
                               )     1:08CV188
MICHAEL J. ASTRUE,             )
Commissioner of Social         )
Security,                      )
                               )
            Defendant.         )
```

**ORDER**

On September 15, 2009, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action, and a copy was given to the court.

Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation.

The court has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Plaintiff's motion for summary judgment [Doc. 11] be **DENIED**, that the Commissioner's motion for judgment on the pleadings [Doc. 14] be **GRANTED**, that

the Commissioner's decision is **AFFIRMED**, and that this action be **DISMISSED** with prejudice.  A Judgment dismissing this action will be entered contemporaneously with this Order.

                                                        /s/ William L. Osteen, Jr.
                                                     United States District Judge

Dated: October 25, 2010